# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**LAWRENCE M. ZEWIEY,**

    Petitioner,

v.                                        Case No: 5:22-cv-379-WFJ-PRL

**SECRETARY, DEPARTMENT OF CORRECTIONS and FLORIDA ATTORNEY GENERAL,**

    Respondents.

## ORDER

This cause is before the Court on Petitioner Lawrence M. Zewiey's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254. (Doc. 1). On December 8, 2022, the State filed a Suggestion of Death, noting that Petitioner died on October 10, 2022. (Doc. 7). Petitioner's death renders this habeas action moot. *See Bruno v. Sec'y, Fla. Dep't of Corr.*, 700 F.3d 445 (11th Cir. 2012) ("The death of the habeas petitioner renders a habeas action moot.").

Accordingly, it is now

**ORDERED AND ADJUDGED**:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** as moot, and this case is **DISMISSED without prejudice**.

2. The Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Tampa, Florida, on February 13, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record